IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIME4 MEDIA, INC., n/k/a<br>BONNIER ACTIVE MEDIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALLSTAR MARKETING GROUP, L.L.C.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:09-CV-2813<br>§<br>§<br>§<br>§ |

## MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff TIME4 MEDIA, INC., n/k/a BONNIER ACTIVE MEDIA, INC. ("Bonnier") asks this Court to dismiss its suit against Defendant ALLSTAR MARKETING GROUP, L.L.C. with prejudice as authorized by Federal Rule of Civil Procedure 41(a).

1. Bonnier filed this lawsuit on August 31, 2009.

2. Bonnier now asks this Court to dismiss this suit because the issues in controversy have been confidentially compromised and settled by and between the parties.

3. For these reasons, Plaintiff asks this Court to dismiss this suit with prejudice to refiling.

Respectfully submitted,

DRUCKER, RUTLEDGE & SMITH, L.L.P.

By: /s/ Rachael M. Rolón
Rachael M. Rolón          Attorney in Charge
SBN: 24013418
Fed. I.D. No.: 560838
rolon@drs-llp.com
Waterway Plaza One
10003 Woodloch Forest Drive, Suite 225
The Woodlands, Texas 77380
Telephone: 281-681-3515
Facsimile: 281-681-3543
**ATTORNEYS FOR TIME4 MEDIA, INC., n/k/a BONNIER ACTIVE MEDIA, INC.**

OF COUNSEL
**DRUCKER, RUTLEDGE & SMITH, L.L.P.**
Karen D. Smith     Of Counsel
SBN: 00785001
Fed. I.D. No.: 15371
smith@drs-llp.com

## CERTIFICATE OF SERVICE

I certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of this document with proposed Order was forwarded (via U. S. mail 1st Class _____; CMRRR_____; hand delivery____; CM/EDF electronic notification X ) to the following on **November 11, 2009**:

**Attorneys for Allstar Marketing Group, L.L.C.**
Adam M. Cohen                         acohen@kanekessler.com
Kane Kessler, PC                           phone: 212.541.6222
1350 Avenue of Americas
New York, NY 1001

By: _____
Rachael M. Rolón    by permission
                               RNL